# UNITED STATES DISTRICT COURT

for the

## Middle District of Georgia

Foris Walker Jr               **Repayment Agreement and Order**      No: 7:24-CR-00004-001

On March 12, 2025, Foris Walker Jr was sentenced to 27 months imprisonment followed by a 60 month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Walker. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1.      As a result of the judgment entered against me on March 12, 2025, I have been ordered to pay a total restitution of $8,854.72 and a special assessment of $100.00.

2.      On December 17, 2025, I began my service of 60 months of supervised release. The current balance of my mandatory assessment is $100.00. The current balance of my restitution is $8,854.72.

3.      After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 15th day of February, 2026, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $100.00 per month during the term of supervision.

| | |
|---|---|
| Foris Walker Jr | 3/24/26 _Date_ |
| William J. Lee, U.S. Probation Officer | 3/24/26 _Date_ |
| s/Barbara G. Parker | 6/4/2026 |
| Assistant U.S. Attorney | Date |

**THE COURT ORDERS:**

☑ Approval   ☐ Disapproval

W. Louis Sands
Senior U.S. District Judge

07/04/2026
Date